# EXHIBIT A

Case 1:08-cv-01040   Document 1-2   Filed 02/20/2008   Page 2 of 4



FEB 05 2008



**CORPORATION SERVICE COMPANY**

TWS / ALL
Transmittal Number: 5576319
Date Processed: 02/04/2008

# Notice of Service of Process

| | |
|---|---|
| Primary Contact: | Leo A. Knowles, 1-370<br>Conagra Foods, Inc.<br>One Conagra Drive<br>Omaha, NE 68102-5001 |
| Copy of transmittal only provided to: | Sherry Benton 1-370 |
| Entity: | ConAgra Foods, Inc.<br>Entity ID Number 0246636 |
| Entity Served: | ConAgra Foods, Inc. |
| Title of Action: | Lisa Stanton vs. ConAgra Foods, Inc. |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Product Liability |
| Court: | Cook County Circuit Court, Illinois |
| Case Number: | 2008L00132 |
| Jurisdiction Served: | Illinois |
| Date Served on CSC: | 02/04/2008 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Plaintiff's Attorney: | James P. McLane<br>630-860-7800 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC
CSC is SAS70 Type II certified for its Litigation Management System.
2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com

| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | ALIAS - SUMMONS | CCG N001-10M-1-07-05 ( ) |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, _____LAW_____ DIVISION

(Name all parties)

LISA STANTON

v.

CONAGRA FOODS, INC.

No. 2008L000132
CALENDAR/ROC
TIME 00:00
Product L...

## SUMMONS

To each Defendant: Conagra Foods, Inc., through its Agent for Service of Process Prentice Hall Corporation, 33 N. LaSalle St., Chicago, IL 60602

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room **801**_____, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 15213
Name: Hunt, Kaiser, Aranda & Subach, Ltd.
Atty. for: Plaintiff
Address: 1035 S. York Rd.
City/State/Zip: Bensenville, IL 60106
Telephone: 630-860-7800

Service by Facsimile Transmission will be accepted at: _____

WITNESS, JAN - 7 2008

_____
Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

(Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| **SUMMONS** | **ALIAS - SUMMONS** |

CCG N001-10M-1-07-05 ( )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, ___LAW___ DIVISION

(Name all parties)

LISA STANTON

v.        No. _____

CONAGRA FOODS, INC.

## SUMMONS

To each Defendant: Conagra Foods, Inc., through its Agent for Service of Process Prentice Hall Corporation, 33 N. LaSalle St., Chicago, IL 60602

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room __801__, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

WITNESS, JAN - 7 2008

Atty. No.: 15213
Name: Hunt, Kaiser, Aranda & Subach, Ltd.
Atty. for: Plaintiff
Address: 1035 S. York Rd.
City/State/Zip: Bensenville, IL 60106
Telephone: 630-860-7800
Service by Facsimile Transmission will be accepted at: _____

Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

(Area Code) (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS