# EXHIBIT C

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| LISA STANTON,<br><br>            Plaintiff,<br><br>v.<br><br>CONAGRA FOODS, INC.,<br><br>            Defendant. | Case No. 2008 L 000132 |

**NOTICE OF FILING NOTICE OF REMOVAL OF CIVIL ACTION**

TO:    Clerk of Circuit Court of Cook County, Illinois
         County Department, Law Division
         Richard J. Daley Center
         Chicago, Illinois 60602

PLEASE TAKE NOTICE that there was filed on the 20th day of February, 2008, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant ConAgra Foods, Inc.'s Notice of Removal of Civil Action, a true copy of which is attached hereto and served upon all parties of record.

                                                                                       CONAGRA FOODS, INC.

                                                                                       By:   _____
                                                                                               One of its Attorneys

John D. Bonini
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601
312.849.8100
312.849.3690 Fax
jbonini@mcguirewoods.com

## CERTIFICATE OF SERVICE ON COUNSEL
## AND FILING WITH THE STATE COURT

John D. Bonini, an attorney, certifies that the foregoing Notice of Filing, together with Defendant ConAgra Foods, Inc.'s Notice of Removal of the Civil Action, were caused to be served upon all counsel of record and filed with the Clerk of the Circuit Court of Cook County, Illinois, County Department, Law Division, on the 20th day of February, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　John D. Bonini

\5017786.1