AEE

FILED
FEBRUARY 20, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LISA STANTON,<br><br>               Plaintiff,<br><br>    v.<br><br>CONAGRA FOODS, INC.,<br><br>               Defendant. | Case No.<br><br>**08 C 1040**<br><br>**JUDGE ZAGEL**<br>**MAGISTRATE JUDGE DENLOW** |

**NOTICE OF FILING**
**NOTICE OF REMOVAL OF CIVIL ACTION**

TO:    James P. McLane, Esq.
         Hunt, Kaiser, Aranda & Subach, Ltd.
         1035 S. York Road
         Bensenville, Illinois 60106

     PLEASE TAKE NOTICE that there was filed on the 20th day of February, 2008 with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant ConAgra Foods, Inc.'s Notice of Removal of Civil Action, a true copy of which was served upon you and filed with the Clerk of the Circuit Court of Cook County, Illinois, County Department, Law Division.

                                                             CONAGRA FOODS, INC.

                                                            By:    /s/ John D. Bonini
                                                                     One of its Attorneys

John D. Bonini
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601
312.849.8100
312.849.3690 Fax
jbonini@mcguirewoods.com