AEE

FILED

**FEBRUARY 20, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

LISA STANTON,

    Plaintiff,

  v.

CONAGRA FOODS, INC.,

    Defendant.

Case No.

**08 C 1040**

**JUDGE ZAGEL
MAGISTRATE JUDGE DENLOW**

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT CONAGRA FOODS, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, ConAgra Foods, Inc. ("ConAgra"), by counsel, states that it has no parent corporation. ConAgra further states that no publicly held corporation or parent corporation (i) controls the operations (directly or through others) of ConAgra or (ii) owns ten percent (10%) or more of ConAgra's stock.

Dated: February 20, 2008

        CONAGRA FOODS, INC.


        By:   /s/ John D. Bonini
           John D. Bonini
           McGuireWoods LLP
           77 West Wacker Drive, Suite 4100
           Chicago, Illinois 60601
           312.849.8100
           312.849.3690 Fax
           jbonini@mcguirewoods.com

        ATTORNEYS FOR DEFENDANT CONAGRA FOODS, INC.

**<u>PROOF OF SERVICE</u>**

I certify that a copy of the foregoing Corporate Disclosure Statement was caused to be served via first-class United States mail, postage prepaid, this 20th day of February, 2008, upon the following:

> James P. McLane, Esq.
> Hunt, Kaiser, Aranda & Subach, Ltd.
> 1035 S. York Road
> Bensenville, Illinois 60106

>       /s/ John D. Bonini
> John D. Bonini
> McGuireWoods LLP
> 77 West Wacker Drive, Suite 4100
> Chicago, Illinois 60601
> 312.849.8100
> 312.849.3690 Fax
> jbonini@mcguirewoods.com

> ATTORNEYS FOR DEFENDANT CONAGRA FOODS, INC.

\5067024.1