

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

MAR 2 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAR 2 4 2008

| | |
|---|---|
| LISA STANTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 08 cv 01040 |
| | ) |
| CONAGRA FOODS, INC. | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF FILING

To: John D. Bonini
McGuire Woods, LLP
77 W. Wacker Dr., Ste. 4100
Chicago, IL 60601

**PLEASE TAKE NOTICE THAT** we have on the 17th day of March, 2008, caused to be mailed in the office of the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, **Plaintiff's Answers to Defendant Conagra Foods, Inc.'s Affirmative Defenses to Plaintiff's Complaint,** a copy of which is attached hereto and hereby served upon you.

HUNT, KAISER, ARANDA & SUBACH, LTD.

By: _____
James P. McLane
Attorney for Plaintiff

### PROOF OF SERVICE BY FACSIMILE

I, the undersigned, a non-attorney on oath state that I served this Notice by mailing a copy to the above-named attorney(s) at the above address(es) on March 17, 2008, with proper postage prepaid.

_____

[x] Under penalties as provided by law pursuant
to IL.REV.STAT.. CHAP 110 SEC 1-109,
I certify that the statements set forth
herein are true and correct.

James P. McLane/ARDC#6286847
HUNT, KAISER, ARANDA & SUBACH, LTD.
Attorneys At Law
1035 South York Road
Bensenville, IL 60106
(630) 860-7800

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



**FILED**
MAR 2 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| LISA STANTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 08 cv 01040 |
| | ) |
| CONAGRA FOODS, INC. | ) |
| | ) |
| Defendant. | ) |

### PLAINTIFF'S ANSWERS TO DEFENDANT CONAGRA FOODS, INC.'S AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

NOW COMES the Plaintiff, LISA STANTON, by and through HUNT, KAISER, ARANDA & SUBACH, LTD., attorneys, and in Answering Defendant CONAGRA FOODS, INC.'S Affirmative Defenses to Plaintiff's Complaint, states as follows:

1. Plaintiff denies the allegations and conclusions of law contained in Paragraph 1 of Defendant's Affirmative Defense, and demands strict proof thereof.

2. Plaintiff denies the allegations and conclusions of law contained in Paragraph 2 of Defendant's Affirmative Defense, and demands strict proof thereof.

3. Plaintiff denies the allegations and conclusions of law contained in Paragraph 3 of Defendant's Affirmative Defense, and demands strict proof thereof.

4. Plaintiff denies the allegations and conclusions of law contained in Paragraph 4 of Defendant's Affirmative Defense, and demands strict proof thereof.

5. Plaintiff denies the allegations and conclusions of law contained in Paragraph 5 of Defendant's Affirmative Defense, and demands strict proof thereof.

6. Plaintiff denies the allegations and conclusions of law contained in Paragraph 6 of Defendant's Affirmative Defense, and demands strict proof thereof.

7.  Plaintiff denies the allegations and conclusions of law contained in Paragraph 7 of Defendant's Affirmative Defense, and demands strict proof thereof.

8.  Plaintiff denies the allegations and conclusions of law contained in Paragraph 8 of Defendant's Affirmative Defense, and demands strict proof thereof.

9.  Plaintiff denies the allegations and conclusions of law contained in Paragraph 9 of Defendant's Affirmative Defense, and demands strict proof thereof.

10. Plaintiff denies the allegations and conclusions of law contained in Paragraph 10 of Defendant's Affirmative Defense, and demands strict proof thereof.

11. Plaintiff denies the allegations and conclusions of law contained in Paragraph 11 of Defendant's Affirmative Defense, and demands strict proof thereof.

12. Plaintiff neither admits nor denies that the allegations and conclusions of law contained in Paragraph 12 for the reason that 735 ILCS 5/2-1116 speaks for itself.

13. Plaintiff denies the allegations and conclusions of law contained in Paragraph 13 of Defendant's Affirmative Defense, and demands strict proof thereof.

14. Plaintiff denies the allegations and conclusions of law contained in Paragraph 14 of Defendant's Affirmative Defense, and demands strict proof thereof.

15. Plaintiff denies the allegations and conclusions of law contained in Paragraph 15 of Defendant's Affirmative Defense, and demands strict proof thereof.

16. Plaintiff denies the allegations and conclusions of law contained in Paragraph 16 of Defendant's Affirmative Defense, and demands strict proof thereof.

17. Plaintiff denies the allegations and conclusions of law contained in Paragraph 17 of Defendant's Affirmative Defense, and demands strict proof thereof.

18. Plaintiff neither admits nor denies Paragraph 18 of Defendant's Affirmative Defense as it is a statement of fact.

WHEREFORE, Plaintiff, LISA STANTON, requests this Court strike Defendant's Affirmative Defenses and requests costs.

                                                HUNT, KAISER, ARANDA & SUBACH, LTD.
                                                Attorneys for Plaintiff

                                          By: _____
                                                    James P. McLane

HUNT, KAISER, ARANDA & SUBACH, LTD.
1035 S. York Road
Bensenville, Illinois 60106
(630) 860-7800
Atty. No.: 6286847