JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 1 2 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CONAGRA PEANUT BUTTER
PRODUCTS LIABILITY LITIGATION

MDL No. 1845

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-14)**

On July 17, 2007, the Panel transferred 17 civil actions to the United States District Court for the Northern District of Georgia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 495 F.Supp.2d 1381 (J.P.M.L. 2007). Since that time, 122 additional actions have been transferred to the Northern District of Georgia. With the consent of that court, all such actions have been assigned to the Honorable Thomas W. Thrash, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Georgia and assigned to Judge Thrash.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Georgia for the reasons stated in the order of July 17, 2007, and, with the consent of that court, assigned to the Honorable Thomas W. Thrash, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Georgia. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 2 8 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

ATTEST: A TRUE COPY
CERTIFIED THIS
APR - 1 2008
James N. Hatten, Clerk
By: Deputy Clerk

IN RE: CONAGRA PEANUT BUTTER
PRODUCTS LIABILITY LITIGATION                                           MDL No. 1845

## SCHEDULE CTO-14 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

**ILLINOIS NORTHERN**
  ILN   1   08-1040             Lisa Stanton v. ConAgra Foods, Inc.

**LOUISIANA WESTERN**
  ~~LAW   1   08-258~~          ~~Leann Causey Boyd, et al. v. ConAgra Foods, Inc.~~
                                Opposed 3/27/08

**MISSOURI EASTERN**
  MOE   4   08-239              Sean Miller v. ConAgra Foods, Inc.

**NEW YORK SOUTHERN**
  NYS   1   08-1075             Allah Kasiem v. ConAgra Foods, Inc.

**NEW YORK WESTERN**
  NYW   6   08-6078             Bertha Dinkens v. ConAgra Foods, Inc.

**OKLAHOMA WESTERN**
  OKW   5   08-212              Troy Aumann, et al. v. ConAgra Foods, Inc.
  OKW   5   08-214              Doretha Berry, et al. v. ConAgra Foods, Inc.
  OKW   5   08-215              James Davis v. ConAgra Foods, Inc.
  OKW   5   08-217              Kenneth Franklin v. ConAgra Foods, Inc.
  OKW   5   08-218              James Grigsdy v. ConAgra Foods, Inc.
  OKW   5   08-219              James Pitre, et al. v. ConAgra Foods, Inc.
  OKW   5   08-221              Lonnie Summers v. ConAgra Foods, Inc.
  OKW   5   08-222              Ruth Williams v. ConAgra Foods, Inc.

**TENNESSEE EASTERN**
  TNE   2   08-54               John R. Langford, et al. v. ConAgra Foods, Inc.

**TENNESSEE MIDDLE**
  TNM   3   08-183              Jemal Stephon Graves v. ConAgra Foods, Inc.

**TEXAS SOUTHERN**
  TXS   4   08-593              Gale D. Gladney, et al.. v. ConAgra Foods, Inc.

**TEXAS WESTERN**
  TXW   3   08-66               Moises Grau v. ConAgra Foods, Inc.