**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**

CLERK                                                                                                           312-435-5670

May 01, 2008

United States District Court
Northen District of Georgia
2211 Richard B. Russell Federal Building

and United States Courthouse

75 Spring Street, S.W.
Atlanta, GA 30303-3309


**Re: Stanton v. Conagra Foods Inc**

USDC No.: 08cv1040
MDL Docket No.:1845

Dear Sir:

Enclosed is the certified record which is being transferred to your Court pursuant to an order entered by the Judicial Panel on Multi District Litigation, through its Clerk, on March 28, 2008. The filing fee of $350.00 was paid by the plaintiff and has been reported to the Administrative Office as an earning in this office.

Please acknowledge receipt of the record on the enclosed copy of this letter.

                                      Sincerely yours,

                                      Michael W. Dobbins, Clerk

                                      By: s/ Lakisha C. Williams__
                                              Deputy Clerk

Enclosure(s):


New Case No. _____       Date: _____