

08CV1040

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent / ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>OWEN EG-HAREUN |
| 1. Article Addressed to:<br><br>United States District Court<br>Northen District of Georgia<br>2211 Richard B. Russell Federal Building<br>and United States Courthouse<br>75 Spring Street, S.W.<br>Atlanta, GA 30303-3309 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0100 0001 7313 5907 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

FILED

MAY 12 2008 PH
May 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.